IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMON BENNETT,** | : | CIVIL ACTION NO. 1:20-CV-1183 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN OF LSCI ALLENWOOD,** | : | |
| Respondent | : | |

### **ORDER**

AND NOW, this 13th day of April, 2021, upon consideration of the petition for writ of habeas corpus, (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1.) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania